**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIVIL ACTION NO. 4:24-CV-04589** |
| **DIGITAL INTELLIGENCE SYSTEMS, LLC d/b/a DEXIAN DISYS,** | § | |
| **Defendant.** | § | |

**PLAINTIFF'S *UNOPPOSED* MOTION TO AMEND SCHEDULING ORDER AND EXTEND DEADLINES**

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff Equal Employment Opportunity Commission requests the Court for good cause shown to amend the existing Scheduling Order (Dkt. No.19) and extend the deadlines to add new parties and amend the pleadings by forty-five days to August 24, 2026. In support of this Unopposed Motion, Plaintiff states as follows:

1. Since January 2026, the parties have engaged in ongoing, good-faith settlement negotiations with the assistance of a mediator. These efforts have included multiple mediation sessions and the exchange of proposed settlement terms.

2. As a result of these efforts, the parties are very close to reaching an agreement in principle and are finalizing the terms of a settlement that will be filed with the Court in the form of a consent decree.

3. Under the current Scheduling Order (Dkt. No.19), the deadlines to add new parties and amend the pleadings expire today, July 10, 2026.

4. Additional time is necessary to finalize the consent decree and ensure all terms are properly memorialized and accurately reflect the parties' agreement.

5. Plaintiff therefore respectfully requests a forty-five (45) day extension of the deadlines to avoid potential prejudice to Plaintiff in the event the parties do not reach a final agreement on the terms of settlement.

6. **Defendant does not oppose the relief requested in this Motion**.

7. Good cause exists under Rule 16(b)(4) because the parties have diligently pursued settlement and are close to final resolution and seek only limited additional time to complete the process.

8. This Motion is not sought for purposes of delay, but rather to facilitate productive settlement efforts while protecting Plaintiff's litigation interests.

9. **The extension will not affect any other deadline in the Scheduling Order**, including the dispositive motions deadline, docket call, or the trial setting. No other deadline set by the Court has expired.

10. Neither party will be prejudiced by the granting of this Motion.

FOR THESE REASONS, Plaintiff requests the Court grant this Unopposed Motion, enter the proposed scheduling order extending the deadlines to add parties and amend the pleadings to August 24, 2026, and provide any further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

**EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION**:

/s/ *Claudia Molina-Antanaitis*_______
CLAUDIA MOLINA-ANTANAITIS
Attorney-in-Charge
Maryland Bar No. 0212180252
Southern District of Texas No. 1037069
U.S. Equal Employment Opportunity Commission

Houston District Office
1919 Smith St., 6th Floor
Houston, Texas 77002
Telephone: (346) 327-7711
Facsimile: (713) 651-7995
Email: Claudia.Molina@eeoc.gov

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for Defendant, David Jordan, on the relief sought in this Motion. He does not oppose the Motion.

/s/ *Claudia Molina-Antanaitis*_
Claudia Molina-Antanaitis

**CERTIFICATE OF SERVICE**

On this day, July 10, 2026, I served the foregoing Plaintiff's Unopposed Motion to Amend Scheduling Order and Extend Deadlines on counsel of record via the Court's ECF system.

/s/ *Claudia Molina-Antanaitis*_
Claudia Molina-Antanaitis